

J. MICHAEL KEYES
(206) 903-8757
keyes.mike@dorsey.com

November 1, 2016

**VIA ELECTRONIC FILING**

The Honorable Andrew T. Baxter
U.S. Magistrate Judge
United States District Court
Northern District of New York
P.O. Box 7396
Syracuse, NY 13261-7596

Re: *Long Meadow Ranch Partners, LP v. David Katleski, et al*; U.S. District Court, Northern District of New York Case No. 5:16-cv-0964 (LEK/ATB)

Dear Judge Baxter:

I am an attorney of record for Plaintiff in the above-referenced action. The deadline for serving the Summons and Complaint in this matter is currently Thursday, November 3, 2016. Since the last extension granted by the court, the parties' counsel have exchanged drafts of the proposed settlement agreement. After conferring with counsel for Defendants David Katleski, Empire Brewing Company, Inc., and Empire Farmstead Brewery, Inc., Mr. Brendan Palfreyman, we believe that the parties should be able to finalize the agreement and have it signed around by all parties within the next few weeks. Therefore, Plaintiff respectfully requests an extension of the deadline to serve the Summons and Complaint on the defendants for 30 days, until Monday, December 5, 2016.

Thank you in advance for your consideration.

Sincerely,

DORSEY & WHITNEY, LLP

J. Michael Keyes
Partner

JMK:nkt
cc: Mark S. Sullivan, Esq.
    Brendan M. Palfreyman, Esq.